**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1893

WARREN A. TAYLOR,

Plaintiff - Appellant,

versus

ELAINE CHAO, Secretary of Labor, United States
Department of Labor,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Peter J. Messitte, District Judge.  (CA-04-3273-PJM)

Submitted:  February 24, 2006          Decided:  March 14, 2006

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Warren A. Taylor, Appellant Pro Se.  Kristine Lynn Sendek-Smith,
Assistant United States Attorney, Baltimore, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Warren A. Taylor appeals the district court's orders granting the Secretary's motion to dismiss Taylor's civil action for lack of subject matter jurisdiction and denying reconsideration thereof. We have reviewed the record and find no reversible error or abuse of discretion. Accordingly, we deny Taylor's pending motions and affirm both orders on the reasoning of the district court. See Taylor v. Chao, No. CA-04-3273-PJM (D. Md. July 15 and Oct. 11, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -